Certificate Number: 12433-PAM-DE-036412908

Bankruptcy Case Number: 22-00285


12433-PAM-DE-036412908

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on March 19, 2022, at 2:55 o'clock PM EDT, Galbert John completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 21, 2022     By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher