UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GALBERT JOHN | : | CHAPTER 13 |
| Debtor | : | CASE NO. 5:22-bk-00285 |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| GALBERT JOHN | : | |
| Respondent | : | |

**RESPONSE TO OBJECTION TO DEBTOR'S EXEMPTIONS
ON BEHALF OF DEBTOR, GALBERT JOHN**

AND NOW COMES Debtor, Galbert John, and responds to the Trustee's

objection to Debtor's exemption of assets claimed under 11 U.S.C. § 522(b)(3) as follows:

1. Denied. Debtor has properly claimed PA state entireties exemption on Schedule

   C.

Respectfully submitted,

Dated: April 14, 2022

/s/ Robert J. Kidwell
Robert J. Kidwell, Esq.
(PA ID No. 206555)
NEWMAN WILLIAMS, P.C.
712 Monroe Street
Stroudsburg, PA 183360
T: (570) 421-9090
F: (570) 424-9739
rkidwell@newmanwilliams.com

Attorney for Debtor