IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| GALBERT JOHN, | CASE NO. 5:22-bk-00285 |
| Debtor | |

**CERTIFICATE OF NO OBJECTION**

AND NOW comes Debtor, **Galbert John**, by and through his attorneys NEWMAN WILLIAMS, P.C.*,* and hereby certifies the following:

1. On February 25, 2025, the undersigned filed a Motion to Sell Real Property of the Estate (146 Dorchester Drive, Tobyhanna, PA 18466), which was served on the parties listed on the mailing matrix.

2. According to the Notice, objections were due on or before March 18, 2025.

3. As of March 19, 2025, there were no objections of record.

**WHEREFORE,** the Movant respectfully requests an Order granting the Motion to Sell Real Property of the Estate (146 Dorchester Drive, Tobyhanna, PA 18466).

Dated: March 19, 2025

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell
Attorney for Debtor